[No. 25237.   *En Banc.*   March 2, 1935.]

THE HOME TELEPHONE AND TELEGRAPH COMPANY OF SPOKANE,
*Respondent*, v. THE STATE TAX COMMISSION *et al.*,
*Appellants.*[1]

*The Attorney General.* and *R. G. Sharpe, Assistant,* for appellants.
*McMicken, Ramsey, Rupp & Schweppe,* for respondent.
*A. C. Van Soelen* and *Walter L. Baumgartner, amici curiae.*

PER CURIAM.—This is a companion case to that of *Pacific Telephone and Telegraph Company v. The State Tax Commission, ante* p. 673, 42 P. (2d) 420, just decided; and upon the authority of that case, the judgment in this case will be affirmed.

[1]Reported in 42 P. (2d) 423.